```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF FLORIDA
                         TALLAHASSEE DIVISION

IN RE:                                    CASE NO. 08-40609-TLH4
                                          CHAPTER 13
FREDERICK W. HATTERY
DELLA E. HATTERY

              Debtor(s)            /
```

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
### OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: STERLING, INC. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 401555 in the amount of 261.11 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| FREDERICK W. HATTERY | STERLING INC. DBA KAY JEWELERS |
| DELLA E. HATTERY | C/O TRAUNER, COHEN & THOMAS |
| 3 SUMMER BROOKE LANE | 5901-C PEACHTREE DUNWOODY RD |
| CRAWFORDVILLE, FL 32327 | STE 500 |
| | ATLANTA, GA 30328-7190 |

AND

J. RANDALL FRIER, ESQ.
1682 METROPOLITAN CIRCLE,
SUITE A
TALLAHASSEE, FL 32308

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
10/28/2010  2:49 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTEE